| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: <br> WESTERN DISTRICT OF NORTH CAROLINA | |
| Case number *(if known)* _____  Chapter **11** | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **PresCart Corp.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  The Lash Lounge** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2914240** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **9023 Skipaway Drive** <br> **Waxhaw, NC 28173** <br> Number, Street, City, State & ZIP Code <br><br> **Union** <br> County | **Mailing address, if different from principal place of business** <br><br> <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br>   **NC** <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.thelashlounge.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor **PresCart Corp.** _____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __81__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

| Debtor | **PresCart Corp.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
Contact name
Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 3

Debtor **PresCart Corp.** _____ Case number (*if known*)_____
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **PresCart Corp.**  Case number (*if known*) _____
Name

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 16, 2025**
MM / DD / YYYY

X **/s/ Yvonne Chmielowiec**          **Yvonne Chmielowiec**
Signature of authorized representative of debtor           Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Richard S. Wright**          Date **May 16, 2025**
Signature of attorney for debtor           MM / DD / YYYY

**Richard S. Wright 24622**
Printed name

**Moon Wright & Houston, PLLC**
Firm name

**212 N. McDowell Street**
**Suite 200**
**Charlotte, NC 28204**
Number, Street, City, State & ZIP Code

Contact phone **704-944-6560**   Email address **rwright@mwhattorneys.com**

**24622 NC**
Bar number and State

---

# PRESCART CORP.
## CORPORATE RESOLUTION

The undersigned, being all of the directors of PresCart Corp., a North Carolina corporation (the "Company"), do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting of the board of directors of the Company:

IT IS RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and

IT IS FURTHER RESOLVED, that the president of the Company, Yvonne Chmielowiec, is authorized, empowered, and directed to execute on behalf of the Company a petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, declarations, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate in connection with such Chapter 11 proceeding, including, but not limited to, debtor-in-possession financing arrangements; and

IT IS FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Moon Wright & Houston, PLLC upon such terms and conditions as the president of the Company shall approve, to render legal services to, and to represent the Company in connection with such Chapter 11 proceeding and other related matters in connection therewith, is authorized and approved; and

IT IS FURTHER RESOLVED, that the president is authorized to retain on behalf of the Company such other professionals as the president of the Company deems necessary or appropriate, upon such terms and conditions as the president shall approve, to render services to the Company in connection with such Chapter 11 proceeding and with respect to all other related matters in connection therewith; and

IT IS FURTHER RESOLVED, that the president of the Company is authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval when applicable), when necessary or appropriate in order to carry out fully the intent and to accomplish the purposes of the resolutions adopted herein; and

IT IS FURTHER RESOLVED, that all actions taken by the Company and/or its agents prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

[Signature Page Follows]

MWH: 10862.001; 00031159.1

Dated: Charlotte, North Carolina
      May 14, 2025

**PRESCART CORP.**

By: _____ (SEAL)
Yvonne Chmielowiec
Director

By: _____ (SEAL)
Conrad Chmielowiec
Director

MWH: 10862.001; 00031159.1

2

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **PresCart Corp.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express Amazon Prime PO Box 6031 Carol Stream, IL 60197-6031** | | **Credit Card** | | | | $14,000.00 |
| **American Express Blue Card PO Box 6031 Carol Stream, IL 60197** | | **Credit Card** | | | | $800.00 |
| **Bank of America PO Box 15019 Wilmington, DE 19886-5019** | | **Credit Card** | | | | $60,000.00 |
| **Conrad Chmielowiec 9023 Skipaway Drive Waxhaw, NC 28173** | | **Loans** | | | | $314,974.04 |
| **Dell Business Credit Payment Processing Center PO Box 5275 Carol Stream, IL 60197-5275** | | **Trade Debt** | | | | $4,269.91 |
| **Goldberg Segalla 665 Main Street Buffalo, NY 14203** | | **Attorneys Fees** | | | | $5,159.50 |
| **Kenneth P. Carlson, Jr. Constangy, Brooks, Smith & Prophete LLP One West 4th Street, Suite 850 Winston Salem, NC 27101** | | **Mediator Fee** | | | | $1,233.26 |

Debtor **PresCart Corp.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Leah Boggs**<br>**c/o Michael B. Cohen**<br>**Troutman Pepper Locke LLP**<br>**305 Church at North Hills**<br>**Raleigh, NC 27609** | | **Judgment** | | | | **$110,000.00** |
| **Piedmont Row Drive, LLC**<br>**c/o Principal Real Estate Investors**<br>**801 Grand Avenue - Dept. H-137**<br>**Attn: Eastern CRE-Equities Team**<br>**Des Moines, IA 50392-1370** | | **Lease** | | | | **$5,504.54** |
| **ScentAir Technologies, LLC**<br>**PO Box 978754**<br>**Dallas, TX 75397-8754** | | **Trade Debt** | | | | **$600.00** |
| **The Lash Franchise Holdings LLC**<br>**550 Reserve Street, Suite 380**<br>**Southlake, TX 76092** | | **South Park Royalty & Tech Fees** | | | | **$4,530.45** |
| **The Lash Franchise Holdings LLC**<br>**550 Reserve Street, Suite 380**<br>**Southlake, TX 76092** | | **Waverly Royalty & Tech Fees** | | | | **$2,639.51** |
| **Waverly Retail LLC**<br>**c/o Childress Klein Properties**<br>**301 S. College Street, Suite 2800**<br>**Attn:  Chris Thomas**<br>**Charlotte, NC 28202-6021** | | **Lease** | | | | **$8,723.66** |

# United States Bankruptcy Court
## Western District of North Carolina

In re **PresCart Corp.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Yvonne Chmielowiec**<br>**9023 Skipaway Drive**<br>**Waxhaw, NC 28173-6662** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 16, 2025**

Signature **/s/ Yvonne Chmielowiec**
**Yvonne Chmielowiec**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of North Carolina

In re  **PresCart Corp.**                                                          Case No.
                          Debtor(s)                                                Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 16, 2025**                      **/s/ Yvonne Chmielowiec**
                                             **Yvonne Chmielowiec**/**President**
                                             Signer/Title

```
American Express Amazon Prime
PO Box 6031
Carol Stream, IL 60197-6031


American Express Blue Card
PO Box 6031
Carol Stream, IL 60197


Bank of America
PO Box 17237
Wilmington, DE 19886-7237


Bank of America
PO Box 15019
Wilmington, DE 19886-5019


Charles H. Litaker, Inc.
PO Box 221129
Charlotte, NC 28222-1129


Christopher D. Thompson, Esq.
Moore & Van Allen, PLLC
100 N. Tryon Street, Suite 4700
Charlotte, NC 28202


Cintas
PO Box 29059
Phoenix, AZ 85038


Conrad Chmielowiec
9023 Skipaway Drive
Waxhaw, NC 28173


Conrad J. Chmielowiec
9023 Skipaway Drive
Waxhaw, NC 28173


Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197-5275
```

Department of the Treasury
Bureau of the Fiscal Service
PO Box 830794
Birmingham, AL 35283-0794


Duke Energy
Jennie M. Raine
PO Box 1321
DEC45A
Charlotte, NC 28201


Employers Preferred
PO Box 539003
Henderson, NV 89053-9003


First Class Marketing, LLC
dba Need Clients Now
2307 E. Aurora Road, Unit B-7
Twinsburg, OH 44087


Goldberg Segalla
665 Main Street
Buffalo, NY 14203


Internal Revenue Service
Bankruptcy Section
PO Box 7346
Philadelphia, PA 19101-7346


Jon Goldberg
Alexander Ricks PLLC
4601 Park Road, Suite 580
Charlotte, NC 28209


Kenneth P. Carlson, Jr.
Constangy, Brooks, Smith & Prophete LLP
One West 4th Street, Suite 850
Winston Salem, NC 27101


Kristen Lamb
205 Clear Vista Circle
Asheville, NC 28805

```
Leah Boggs
c/o Michael B. Cohen
Troutman Pepper Locke LLP
305 Church at North Hills
Raleigh, NC 27609


Mecklenburg County Sheriff
700 E 4th Street
Charlotte, NC 28202


MindBody
4051 Broad Street, Suite 200
Palo Alto, CA 94301


MindBody Capital
651 Tank Farm Road
San Luis Obispo, CA 93401


NC Department of Revenue
PO Box 1168
Raleigh, NC 27602


North Carolina Department of Justice
Attn:  Honorable Jeffrey Jackson
9001 Mail Service Center
Raleigh, NC 27699-9001


North Carolina Department of Labor
1101 Mail Service Center
Raleigh, NC 27699-1101


North Carolina Secretary of State
2 S Salisbury Street
Raleigh, NC 27601


Parafin Inc.
301 Howard Street, Suite 1500
San Francisco, CA 94105


Piedmont Natural Gas
PO Box 1246
Charlotte, NC 28201-1246
```

```
Piedmont Row Drive, LLC
c/o Principal Real Estate Investors
801 Grand Avenue - Dept. H-137
Attn: Eastern CRE-Equities Team
Des Moines, IA 50392-1370


Piedmont Row Drive, LLC
c/o Principal Real Estate Investors
801 Grand AVenue - Dept. H-137
Attn:  Eastern CRE-Equities Team
Des Moines, IA 50392-1370


Piedmont Row Drive, LLC-258812
PO Box 850300
Minneapolis, MN 55485-0300


ScentAir Technologies, LLC
PO Box 978754
Dallas, TX 75397-8754


Simmons Bank
1401 W. Hwy J
Ozark, MO 65721


Spectrum
PO Box 4617
Carol Stream, IL 60197


Spirit of Texas Bank
625 University Drive East
College Station, TX 77840


Spirit of Texas Bank, SSB
166610 I-45
Conroe, TX 77384


Stearns Bank
4191 2nd Street South
Saint Cloud, MN 56301


Sue Faber CPA
5321 Saddlewood Lane
Charlotte, NC 28227
```

```
Sui Generis
1331 W Airport Fwy #302
Euless, TX 76040


T-Mobile
2105 Water Ridge Pkwy, Suite 11
Charlotte, NC 28217


The Lash Franchise Holdings LLC
550 Reserve Street, Suite 380
Southlake, TX 76092


The Lash Lounge Franchise, LLC
2200 Pool Road, Suite 106
Grapevine, TX 76051


Travelers Insurance
One Tower Square
Hartford, CT 06183


U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203


United States Liability Insurance Compan
PO Box 62778
Baltimore, MD 21264-2778


Waverly Retail LLC
c/o Childress Klein Properties
301 S. College Street, Suite 2800
Attn:  Chris Thomas
Charlotte, NC 28202-6021


Waverly Retail LLC
208 Burtonwood Drive
Gastonia, NC 28054


Waverly Retail LLC
c/o Childress Klein Properties
301 S. College Street, Suite 2800
Attn: Chris Thomas
Charlotte, NC 28202-6021
```

Waverly Shopping Center Owner, LLC
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608


Waverly Shopping Center, LLC
301 S. College Street, Suite 2800
Charlotte, NC 28202


Yvonne Chmielowiec
9023 Skipaway Drive
Waxhaw, NC 28173


Zoom Video Communications, Inc.
55 Almaden Blvd #600
San Jose, CA 95113

# United States Bankruptcy Court
### Western District of North Carolina

In re **PresCart Corp.**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **PresCart Corp.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 16, 2025**  
Date

**/s/ Richard S. Wright**  
**Richard S. Wright 24622**  
Signature of Attorney or Litigant  
Counsel for **PresCart Corp.**  
**Moon Wright & Houston, PLLC**  
**212 N. McDowell Street**  
**Suite 200**  
**Charlotte, NC 28204**  
**704-944-6560 Fax:704-944-0380**  
**rwright@mwhattorneys.com**